UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHLEEN MURRAY,

    Plaintiff,                                      Case No. 16-cv-14477
                                                   Hon. Matthew F. Leitman

v.

PICO ENTERPRISES, INC.,

    Defendant.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS (ECF #13)

On December 28, 2016, Plaintiff Kathleen Murray filed this employment discrimination suit against Defendant PICO Enterprises, Inc. (*See* Compl., ECF #1.) The claims in the Complaint are as follows:

- Count I alleges age discrimination in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq.;

- Count II alleges age discrimination in violation of the Michigan Elliot-Larsen Civil Rights Act, MCL § 37.2701, et seq.;

- Count III alleges sex discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000(e), et seq.

- Count IV alleges sex discrimination in violation of the Michigan Elliot-Larsen Civil Rights Act, MCL § 37.2701, et seq.

(*See id.*)

On February 22, 2017, PICO Enterprises moved to dismiss the Complaint in part (the "Motion"). (*See* ECF #13.) The Court held a hearing on the Motion on July 10, 2017. For the reasons stated on the record at that hearing, the Motion is **GRANTED IN PART** and **DENIED IN PART**. The Motion (ECF #13) is

1

**GRANTED** with respect to Counts I, II, and IV of the Complaint, and the claims therein are **DISMISSED WITH PREJUDICE.** The Motion is **DENIED** with respect to Count III, and that count remains in its entirety.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 10, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 10, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764